

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Adam Brezine (CA SBN 220852)
Richard Mooney (CA SBN 176486)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000
adam.brezine@bryancave.com
richard.mooney@bryancave.com

ATTORNEYS FOR: ProCloud Media Invest AB

FILED

2012 JUN 14 PM 12: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ProCloud Media Invest AB, a Swedish company | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV12-5192 -PSG/(MCWx) |
| Paramount Pictures Corporation, a Delaware corporation | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  ProCloud Media Invest AB
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                   **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

N/A                                                         N/A


June 13, 2012                            _/s/ Adam Brezine_
Date                                     Sign

                                         Adam Brezine
                                         Attorney of record for or party appearing in pro per