Adam Brezine (220852)
 adam.brezine@bryancave.com
Richard Mooney (176486)
 richard.mooney@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, California 94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999

Attorneys for Plaintiff
ProCloud Media Invest AB

KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Robert N. Klieger (192962)
 rklieger@kbkfirm.com
Philip M. Kelly (212714)
 pkelly@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Paramount Pictures Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ProCloud Media Invest AB, a Swedish company,<br><br>             Plaintiff,<br><br>     v.<br><br>Paramount Pictures Corporation, a Delaware Corporation,<br><br>             Defendant. | Case No. CV12-5192 PSG (MRWx)<br><br>JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE PENDING HEARING DATES<br><br>The Honorable Philip Gutierrez |

123544.1

**TO THE HONORABLE COURT AND THE DEPUTY CLERK:**

The parties hereby provide notice that they have reached a complete settlement of this entire action and have fully executed a settlement agreement. Pursuant to the terms of the settlement agreement, the parties will file a Stipulation for Dismissal within fifteen business days. The parties therefore respectfully request that they be relieved of their obligation to exchange initial disclosures and jointly file a case management statement at this time, and that the scheduling conference scheduled for December 17, 2012, be taken off calendar or continued to a later date at the Court's convenience.

Dated: December 10, 2012        Respectfully submitted,

KENDALL BRILL & KLIEGER LLP


By: /s/ Philip M. Kelly
    Philip M. Kelly
    Attorneys for Paramount Pictures
    Corporation

BRYAN CAVE LLP


By: /s/ Adam Brezine
    Adam Brezine
    Attorneys for ProCloud Media Invest AB

123544.1

1

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE
OR CONTINUE PENDING HEARING DATES