1 | BRYAN CAVE LLP
2 | Adam Brezine (CA State Bar No. 220852)
  | *adam.brezine@bryancave.com*
3 | Richard J. Mooney (CA State Bar No. 176486)
  | *richard.mooney@bryancave.com*
4 | 560 Mission Street, 25th Floor
5 | San Francisco, CA 94105-2994
6 | Telephone: (415) 268-2000
  | Facsimile: (415) 268-1999
7 |
8 | Attorneys for Plaintiff ProCloud Media Invest AB
9 |
10 | KENDALL BRILL & KLIEGER LLP
   | Richard B. Kendall (90072)
11 |    *rkendall@kbkfirm.com*
   | Philip M. Kelly (212714)
12 |    *pkelly@kbkfirm.com*
13 | 10100 Santa Monica Blvd., Suite 1725
   | Los Angeles, California 90067
14 | Telephone: 310.556.2700
15 | Facsimile: 310.556.2705
16 |
   | Attorneys for Defendant Paramount Pictures Corporation
17 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **ProCloud Media Invest AB**, a Swedish company, | CASE NO. CV12-5192 PSG (MRWX) |
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **Paramount Pictures Corporation**, a Delaware corporation, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ProCloud Media Invest AB ("ProCloud") and Defendant Paramount Pictures Corporation ("Paramount") hereby stipulate to the dismissal of all claims asserted by ProCloud in this matter, with prejudice.

This stipulation of dismissal with prejudice is pursuant to a settlement agreement among ProCloud and Paramount, and it is not an adjudication on the merits of the claims or defenses of any party. Pursuant to that agreement, ProCloud and Paramount will bear their own attorneys' fees and costs.

Respectfully submitted,

Dated:  December 21, 2012　　　　　BRYAN CAVE LLP


By: /s/ Adam Brezine
　　 Adam Brezine
　　 Attorneys for ProCloud Media Invest AB


Dated:  December 21, 2012　　　　　KENDALL BRILL & KLIEGER LLP


By: /s/ Philip M. Kelly
　　 Philip M. Kelly
　　 Attorneys for Paramount Pictures Corporation